IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEIL KITZLER, an individual, and on behalf of classes of similarly situated individuals;<br><br>Plaintiff,<br><br>vs.<br><br>NELNET SERVICING, LLC, a Nebraska Limited Liability Company; and DOES, 1 to 10, inclusive;<br><br>Defendants. | 4:22CV3241<br><br>**ORDER TO SHOW CAUSE** |

The above-captioned case was originally filed in the United States District Court for the Central District of California, Western Division in September 2022. (Filing No. 1). A motion to transfer venue was granted and the case was transferred to this district in November 2022. (Filing No. 15). On November 3, 2022, the Office of the Clerk for this district sent letters to Kiley Lynn Grombacher, Lirit Ariella King, and Marcus Bradley, attorneys of record for Plaintiff. (Filing Nos. 17, 18, and 19), The letters directed each attorney to register for admission to practice in this court and register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System."). The letters state that if no action was taken within fifteen (15) days of the date of each letter, the matter would be referred to the assigned magistrate judge for entry of a show cause order.

As of December 16, 2022, Kiley Lynn Grombacher, Lirit Ariella King, and Marcus Bradley have not complied with the Clerk's letters.

Accordingly,

IT IS ORDERED,

1) On or before December 23, 2022, Attorneys Kiley Lynn Grombacher, Lirit Ariella King, and Marcus Bradley must register for admission in this court and register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

2) The Clerk shall email a copy of this order to the following recipients:

   Kiley Lynn Grombacher:    kgrombacher@bradleygrombacher.com

   Lirit Ariella King:             lking@bradleygrombacher.com

   Marcus Bradley:              mbradley@bradleygrombacher.com

Dated this 16th day of December, 2022.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge